# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE CADLE COMPANY, II, INC.

VERSUS

ROGER D. LINDER AND GENERAL
MILES BIGGS, JR. A/K/A G.
MILES BIGGS, JR.

NO.  2019 CW 0282

**JUL 2 2 2019**

In Re:   The Cadle Company, II, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2017-15112.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT   NOT   CONSIDERED.**  Relator   failed   to   provide documentation that this writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B). Relator failed to comply with Rule 4-5(10), Uniform Rules of Louisiana Courts of Appeal, by failing to include a copy of pertinent minutes.

Supplementation  of  this  writ  application  and/or  an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relator seeks to file a new application with this  court,  it  must  contain  all  pertinent  documentation,  and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 5, 2019, and must contain a copy of this ruling.

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT